USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA,

         -against-                                      23-CR-551 (VEC)

                                                           ORDER

JONATHAN CARBUCCIA,
                           Defendant.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on October 25, 2023, Defendant Jonathan Carbuccia appeared for an arraignment and plea conference, during which Mr. Carbuccia pled guilty to Count One of the Information.

       IT IS HEREBY ORDERED that the parties must appear for sentencing on **Monday, February 26, 2024, at 10:30 A.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.  Sentencing submissions are due no later than **Monday, February 12, 2024**.

       IT IS FURTHER ORDERED that Mr. Carbuccia's bail conditions are to remain in place.

**SO ORDERED.**

Date: October 26, 2023
New York, NY

                                                          **VALERIE CAPRONI**
                                                          **United States District Judge**