Case 1:23-cr-00551-VEC   Document 33   Filed 12/21/23   Page 1 of 2

**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director and Attorney-in-Chief*

**MEMO ENDORSED**

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 21, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2023

**By ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Jonathan Carbuccia**
    23 Cr. 551 (VEC)

Dear Judge Caproni,

    I write to request two temporary bail modifications that would enable Mr. Carbuccia to spend the upcoming holidays with his family. Mr. Carbuccia has been out on bail since his presentment on July 25, 2023; his conditions include a curfew enforced by GPS location monitoring. Dkt. Nos. 5, 13.

    First, we seek permission for Mr. Carbuccia to spend the night of December 24, 2023 at his cousin's house, with the rest of his family members, in Poughquag, NY (Dutchess County). The exact name and address of the cousin have been provided to Officer Marlon Ovalles at Pretrial Services. Pretrial Services informed undersigned counsel that it opposes overnight travel for people on curfew with location monitoring, but Officer Ovalles also confirms that Mr. Carbuccia remains in compliance with the conditions of his release.

    Second, we seek to extend Mr. Carbuccia's curfew to 2 a.m. on January 1, 2024, so that he can attend a New Year's dinner with his family. Pretrial Services has no objection to this request.

    The government, by Assistant United States Attorney Will Kinder, has no objection to these requests.

    Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Jonathan Carbuccia
917-612-4527

Application GRANTED. Mr. Carbuccia may spend the night of December 24, 2023, at his cousin's house in Poughquag, NY. Mr. Carbuccia must also provide Pretrial Services with the phone number of his cousin or another family member with whom he will be staying.

Mr. Carbuccia's curfew is extended to 2:00 A.M. on January 1, 2024, so that he can attend a New Year's dinner with his family.

SO ORDERED.

*[Signature: Valerie Caproni]*

12/21/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE