# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

Southern District
Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 8, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/9/2024

**By ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007


MEMO ENDORSED

Re:   **United States v. Jonathan Carbuccia**
      **23 Cr. 551 (VEC)**

Dear Judge Caproni,

I write to respectfully request that the Court adjourn Mr. Carbuccia's sentencing, which is currently scheduled for February 26, 2024, for approximately two weeks. The requested adjournment will enable us to finalize our mitigation materials, so that we can effectively represent Mr. Carbuccia at sentencing.

The government, by Assistant United States Attorney Will Kinder, has no objection to this request.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Jonathan Carbuccia
917-612-4527

Application GRANTED. The sentencing scheduled for Monday, February 26, 2024, at 10:30 A.M. is ADJOURNED to **Monday, March 11, 2024, at 10:30 A.M.** The deadline for the parties to file their sentencing submissions is extended from Monday, February 12, 2024, to **Monday, February 26, 2024**.

SO ORDERED.

*Valerie Caproni*   2/9/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE