USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
: 
UNITED STATES OF AMERICA, :
:
      -against- : 23-CR-551 (VEC)
:
: ORDER
:
JONATHAN CARBUCCIA, :
                    Defendant. :
:
----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS Defendant Jonathan Carbuccia's sentencing is scheduled for Monday, March 11, 2024, at 10:30 A.M.;

    IT IS HEREBY ORDERED that, due to a conflict on the Court's calendar, the sentencing is adjourned to **Tuesday, March 12, 2024, at 10:30 A.M.** The sentencing will be held in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date: February 27, 2024**
**New York, NY**
                                        **VALERIE CAPRONI**
                                        **United States District Judge**